No. 78–6601. NELSON v. UNITED STATES, *ante,* p. 847;

No. 78–6689. GEHRING v. CRIST, WARDEN, *ante,* p. 851;

No. 78–6851. POWELL v. GRADDICK, ATTORNEY GENERAL OF ALABAMA, ET AL., *ante,* p. 859;

No. 78–6869. TILLI v. PENNSYLVANIA, *ante,* p. 860;

No. 78–6918. HEGWOOD v. LANDRY ET AL., *ante,* p. 862;

No. 79–5018. UDELL v. STATE DEPARTMENT OF MASSACHUSETTS ET AL., *ante,* p. 872; and

No. 79–5019. POTEMRA v. PING ET AL., *ante,* p. 872. Petitions for rehearing denied.

## NOVEMBER 9, 1979

No. A–381. MASSACHUSETTS ET AL. v. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. Order entered by MR. JUSTICE BRENNAN on November 6, 1979, is vacated and application for stay denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

## NOVEMBER 13, 1979*

No. 78–6887. MEZA v. TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–69. KELLY v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

---

*MR. JUSTICE MARSHALL took no part in the consideration or decision of the orders announced on this date.